Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHAWN L. PORTMANN, Defendant. | No. CR11-5394BHS<br><br>UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SHAWN L. PORTMANN'S PRETRIAL MOTIONS (Dkts. #85, #87, #89, #91, #93, and #95)<br><br>Noting Date: September 21, 2012 |

The United States, by and through Assistant United States Attorney Brian D. Werner, hereby submits this Unopposed Motion to extend the time for the government to respond to Defendant Shawn L. Portmann's various pre-trial motions, specifically the: Motion for the Government to Serve Trial Subpoenas (Dkt. #85); Motion to Disclose Rule 404(b) Evidence (Dkt. #87); Motion for Disclosure of All Material Favorable to the Defense (Dkt. #89); Motion for Bill of Particulars (Dkt. #91); Motion for Disclosure of All Deals Offered by the Government (Dkt. #93); and Motion to Dismiss Counts 16-20 of the Indictment (Dkt. #95) (the "Portmann Pre-Trial Motions"). The government requests to move the time to respond to pre-trial motions to September 19, 2012.

<u>Defendant Portmann's Motions</u>

The Portmann Pre-Trial Motions were filed on the date of the motions deadline, September 5, 2012. Under local rules, the government is required to respond to these



UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

motions by Wednesday, September 12, 2012. The pre-trial motions are currently noted for September 14, 2012.

<u>Request for Additional Time to Respond</u>

The government respectfully requests additional time to respond to the Portmann Pre-Trial Motions, until September 19, 2012. Undersigned counsel is assigned to the matter of *United States v. Jesus Ramirez-Lucio, et al.*, CR 11-5295RBL, and as such, participated in a three-hour competency hearing on Friday, September 7 before Judge Leighton. Further briefing is due in this matter by the coming Friday, September 14, 2012.

Further, if the Court grants this extension of time, the parties may be able to resolve some or all of the issues raised in the Portmann Pre-Trial Motions.

<u>The Motion for Additional Time is Unopposed</u>

Counsel has spoken to counsel for Defendant Portmann, Krista K. Bush, and Ms. Bush indicated that she has no objection to this Motion to Extend Time.

A proposed Order is attached.

DATED this 11th day of September, 2012.

Respectfully submitted,

JENNY DURKAN
United States Attorney

*Brian D. Werner*
BRIAN D. WERNER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800
(253) 428-3826 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/Kelly M. Shirkey*
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX: 253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov