Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR11-5394BHS |
| vs. | ORDER EXTENDING TIME TO RESPOND |
| SHAWN L. PORTMANN, | |
| Defendant. | |

It is hereby ORDERED that the unopposed motion of the United States to extend the time to respond to Defendant Shawn L. Portmann's Pre-Trial Motions is GRANTED.

The response date to Defendant Portmann's Motion for the Government to Serve Trial Subpoenas (Dkt. #85); Motion to Disclose Rule 404(b) Evidence (Dkt. #87); Motion for Disclosure of All Material Favorable to the Defense (Dkt. #89); Motion for Bill of Particulars (Dkt. #91); Motion for Disclosure of All Deals Offered by the Government (Dkt. #93); and Motion to Dismiss Counts 16-20 of the Indictment (Dkt. #95) is extended to September 19, 2012.

The Motion for the Government to Serve Trial Subpoenas (Dkt. #85); Motion to Disclose Rule 404(b) Evidence (Dkt. #87); Motion for Disclosure of All Material Favorable to the Defense (Dkt. #89); Motion for Bill of Particulars (Dkt. #91); Motion for

//

Disclosure of All Deals Offered by the Government (Dkt. #93); and Motion to Dismiss Counts 16-20 of the Indictment (Dkt. #95) are re-noted for September 21, 2012.

IT IS SO ORDERED.

DATED this 12th day of September, 2012.

*signature*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Brian D. Werner*
BRIAN D. WERNER
Assistant United States Attorney