The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAWN L. PORTMANN,<br>Defendant. | NO. CR11-5394 BHS<br><br>PRELIMINARY ORDER OF FORFEITURE |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and based upon the guilty plea of SHAWN L. PORTMANN, to the offense of Conspiracy to Submit False Statements in Loan Applications and to Make False Statements to the Department of Housing and Urban Development ("HUD"), as charged in Count 1 of the Indictment, in violation of Title 18, United States Code, Section 371, and to the offense of Submitting False Statements in Loan Applications, as charged in Count 2, in violation of Title 18, United States Code, Section 1014, upon the terms of the Plea Agreement filed in this matter between SHAWN L. PORTMANN, and the United States, it is hereby

//

//



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and pursuant to Title 18, United States Code, Section 982(a)(2)(A), SHAWN L. PORTMANN, shall forfeit the following property to the United States of America:

(a) $102,000 in United States currency, originally in the custody of Shawn Portmann and currently in the custody of the Internal Revenue Service, Criminal Investigation Division; and

(b) A sum of money equal to ten million dollars ($10,000,000) in United States currency, representing a portion of the proceeds obtained as a result of the conspiracy charged in Count 1 of the Indictment based on the conspiracy to violate Title 18, United States Code, Section 1014.

The Court finds that the above listed properties are subject to forfeiture as property which constitutes or is derived from, proceeds traceable to the commission of the Conspiracy to Submit False Statements in Loan Applications and to Make False Statements to the Department of Housing and Urban Development ("HUD"), as charged in Count 1 of the Indictment, and to the commission of the offense of Submitting False Statements in Loan Applications, as charged in Count 2 of the Superseding Information.

IT IS FURTHER ORDERED that the United States Department of Treasury, Internal Revenue Service, Criminal Investigation shall seize the above-listed assets and maintain such seized property in its custody and control until further order of this Court, or until this Order becomes final pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law. The notice shall run be posted on an official government website for at least thirty (30) days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-described property must file a petition with the Court within sixty (60) days of the first day of publication of notice on an official internet



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

government forfeiture website, currently www.forfeiture.gov, or within thirty-five (35) days of receipt of actual notice, whichever is earlier.

The notice shall advise such interested person that:

1. the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such property;
2. the petition shall be signed by the petitioner under penalty of perjury; and
3. the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property.

The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent possible, provide direct written notice as a substitute for the published notice to any person known to have alleged an interest in the above-described property, which is the subject of this Preliminary Order of Forfeiture. Upon adjudication of any third-party claims, this court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all such claims will be addressed.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Based upon the Plea Agreement and the guilty plea entered by the defendant herein, the Court finds that the defendant had an interest in the forfeited property. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on any third party petition, discovery may be conducted in accordance with the Federal Rules



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

IT IS FURTHER ORDERED that the United States shall have clear title to the above-described property following the Court's disposition of all third party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n) for the filing of third party petitions.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

//

//

//



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The Clerk of the Court is directed to send a copy of this Preliminary Order of Forfeiture to all counsel of record and three (3) "raised seal" certified copies to the United States Attorney's Office in Seattle, Washington.

DATED this 28 day of January, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

J. TATE LONDON
Assistant United States Attorney

BRIAN D. WERNER
Assistant United States Attorney

ARLEN STORM
Assistant United States Attorney

ROBERT CHADWELL
KRISTA KAY BUSH
Attorney for Defendant

SHAWN L. PORTMANN
Defendant