THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN L. PORTMANN, SONJA L. LIGHTFOOT, JEANETTE R. SALSI, and ADAM S. VOELKER,<br><br>Defendants. | No. CR11-5394 BHS<br><br>MOTION FOR WITHDRAWAL OF COUNSEL |

Robert G. Chadwell and Krista K. Bush file this motion requesting permission to withdraw as counsel of record for Defendant Shawn L. Portmann. The matter for which counsel was retained was concluded with the sentencing of Mr. Portmann on January 28, 2013 and the entry of the Amended Judgment on March 29, 2013.

For the convenience of the Court, a Proposed Order granting this motion is attached hereto.

//

//

//



**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800 Fax (206) 233-2809

DATED this 29th day of March, 2013.

McKAY CHADWELL, PLLC

*s/ Robert G. Chadwell*
*s/ Krista K. Bush*

Robert G. Chadwell, WSBA No. 22683
Krista K. Bush, WSBA No. 30881
Attorneys for Defendant Shawn L. Portmann
600 University Street, Suite 1601
Seattle, WA 98101-4124
Phone: (206) 233-2800
Fax: (206) 233-2809
Email: rgc1@mckay-chadwell.com
kkb@mckay-chadwell.com