THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN L. PORTMANN, SONJA L. LIGHTFOOT, JEANETTE R. SALSI, and ADAM S. VOELKER,<br><br>Defendants. | No. CR11-5394BHS<br><br>**WITHDRAWAL OF MOTION FOR WITHDRAWAL OF COUNSEL** |

Robert G. Chadwell and Krista K. Bush, McKay Chadwell, PLLC, hereby withdraw their Motion for Withdrawal of Counsel, filed on March 29, 2013 (Document #174). Counsel is filing an Amended Motion for Withdrawal of Counsel and will request the Amended Motion be noted for April 19, 2013.

DATED this 10th day of April, 2013.

//

//



**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

McKAY CHADWELL, PLLC

*s/ Robert G. Chadwell*
*s/ Krista K. Bush*

Robert G. Chadwell, WSBA No. 22683
Krista K. Bush, WSBA No. 30881
Attorneys for Defendant Shawn L. Portmann
600 University Street, Suite 1601
Seattle, WA 98101-4124
Phone: (206) 233-2800
Fax: (206) 233-2809
Email: rgc1@mckay-chadwell.com
kkb@mckay-chadwell.com