THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN L. PORTMANN, SONJA L. LIGHTFOOT, JEANETTE R. SALSI, and ADAM S. VOELKER,<br><br>Defendants. | No. CR11-5394 BHS<br><br>AMENDED MOTION FOR WITHDRAWAL OF COUNSEL<br><br>**NOTE ON MOTION CALENDAR: APRIL 19, 2013** |

Robert G. Chadwell and Krista K. Bush file this motion requesting leave of Court, in accordance with Local Civil Rule 83.2(b), to withdraw as counsel of record for Defendant Shawn L. Portmann. The matter for which counsel was retained was concluded with the sentencing of Mr. Portmann on January 28, 2013 and the entry of the Amended Judgment on March 29, 2013.

We have now fulfilled all of the obligations for which we were retained in this matter. No issues remain outstanding and we anticipate no additional issues arising in this matter. We have provided Mr. Portmann with a copy of the Amended Judgment and the Amended Motion for Withdrawal of Counsel.

Mr. Portmann is currently incarcerated at the Federal Detention Center (FDC) in Seatac, Washington. The telephone number to the FDC is (206) 870-5700. Mr. Portmann has informed



**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800 Fax (206) 233-2809

us that he has been designated by the Bureau of Prisons and we anticipate that he will be transferred to a facility out of state in the near future.

While Mr. Portmann remains at the FDC, his mailing address is:

Mr. Shawn Leo Portmann, #41496-086
Federal Detention Center
P.O. Box 13900
Seattle, WA 98198

For the convenience of the Court, a Proposed Order granting this motion is attached hereto.

DATED this 10th day of April, 2013.

McKAY CHADWELL, PLLC

*s/ Robert G. Chadwell*
*s/ Krista K. Bush*
Robert G. Chadwell, WSBA No. 22683
Krista K. Bush, WSBA No. 30881
Attorneys for Defendant Shawn L. Portmann
600 University Street, Suite 1601
Seattle, WA 98101-4124
Phone: (206) 233-2800
Fax: (206) 233-2809
Email: rgc1@mckay-chadwell.com
kkb@mckay-chadwell.com