# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2013, I electronically filed the Amended Motion for Withdrawal of Counsel and Proposed Order using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert G. Chadwell | rgc1@mckay-chadwell.com |
| Krista K. Bush | kkb@mckay-chadwell.com |
| Bryan G. Hershman | bghershman@aol.com |
| Linda R. Sullivan | linda_sullivan@fd.org |
| Robert C. Freeby | rcfreeby@qwestoffice.net |
| Arlen R. Storm | Arlen.Storm@usdoj.gov |
| Brian D. Werner | brian.werner@usdoj.gov |

and I hereby certify that I have mailed by United States Postal Service the Amended Motion for Withdrawal of Counsel to:

Mr. Shawn Leo Portmann, #41496-086
Federal Detention Center
P.O. Box 13900
Seattle, WA 98198

DATED this 10th day of April, 2013.

*s/ Dariene D. Castro*
Dariene D. Castro
Legal Assistant



**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800 Fax (206) 233-2809