UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN L. PORTMANN, SONJA L. LIGHTFOOT, JEANETTE R. SALSI, and ADAM S. VOELKER,

Defendants.

No. CR11-5394 BHS

**ORDER GRANTING AMENDED MOTION FOR WITHDRAWAL OF COUNSEL**

The Court has reviewed the Amended Motion for Withdrawal of Counsel, filed as to Robert G. Chadwell and Krista K. Bush, and the Certificate of Service, indicating that copies of the Motion have been served on Mr. Portmann and all opposing parties. This case having been concluded with the sentencing of Defendant Shawn L. Portmann on January 28, 2013 and the entry of the Amended Judgment on March 29, 2013, the Court finds that the provisions of Local Rule 83.2 have been satisfied and the Amended Motion for Withdrawal of Counsel, filed as to Robert G. Chadwell and Krista K. Bush, is:

GRANTED.

IT IS SO ORDERED this 7th day of May, 2013.

BENJAMIN H. SETTLE
United States District Judge



**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

PRESENTED BY:
McKAY CHADWELL, PLLC

*s/ Robert G. Chadwell*
*s/ Krista K. Bush*
Robert G. Chadwell, WSBA No. 22683
Krista K. Bush, WSBA No. 30881
Attorneys for Defendant Shawn L. Portmann
600 University Street, Suite 1601
Seattle, WA 98101-4124
Phone: (206) 233-2800
Fax: (206) 233-2809
Email: rgc1@mckay-chadwell.com
kkb@mckay-chadwell.com